IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| HENRY SHENNETT, | : | |
| | : | |
| Plaintiff, | : | |
| | : | NO. 5:10-CV-369 (MTT) |
| VS. | : | |
| | : | |
| Captain DAVE WILLIAMS and | : | |
| Sherriff HAROLD LANCASTER, | : | |
| | : | Proceedings Under 42 U.S.C. § 1983 |
| Defendants. | : | Before the United States Magistrate |
| | : | |

## RECOMMENDATION

Before the Court is Plaintiff Henry Shennett's Motion for Summary Judgment. Doc. 32. In accordance with Rule 56 of the Federal Rules of Civil Procedure, summary judgment may be granted only "if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed.R.Civ.P. 56(a). To show that there is no genuine issue of material fact and that he is entitled to judgment as a matter of law, the moving party must cite to particular parts of evidence in the record. Fed.R.Civ.P. 56(c). Thus, the moving party "bears the initial responsibility of informing the district court of the basis for its motion, and identifying those portions of the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, which it believes demonstrate the absence of a genuine issue of material fact." Celotex Corp. v. Catrett, 477 U.S. 317, 323 (1986) (internal quotations marks omitted).

In his Motion for Summary Judgment, Plaintiff has failed to identify any evidence in the record supporting his assertion that there is no genuine issue of material fact and that he is entitled to judgment as a matter of law. As such he has failed to meet his initial burden under

Rule 56, and **IT IS RECOMMENDED** that Plaintiff's Motion for Summary Judgment be **DENIED**.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this **RECOMMENDATION** with the district judge to whom this case is assigned **WITHIN FOURTEEN (14) DAYS** after being served a copy thereof.

**SO RECOMMENDED**, this 20th day of September, 2011.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge