IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **HENRY SHENNETT,** )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>**Captain DAVE WILLIAMS and Sherriff** )<br>**HAROLD LANCASTER,** )<br>)<br>    Defendants. )<br>) | CIVIL ACTION NO. 5:10-CV-369 (MTT) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle.  (Doc. 37).  The Magistrate Judge recommends denying the Plaintiff's Motion for Summary Judgment (Doc. 32) because the Plaintiff has failed to identify any evidence in the record supporting his assertion that there is no genuine issue of material fact and that he is entitled to judgment as a matter of law.  Although the Plaintiff asked for, and the Court granted, an extension of time to file an Objection to the Recommendation, the Plaintiff did not file an objection to the Recommendation.  (Docs. 38, 39).  The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court.  The Plaintiff's Motion for Summary Judgment is DENIED.

**SO ORDERED**, this 8th day of December, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT