IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **HENRY SHENNETT,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | )   CIVIL ACTION NO. 5:10-CV-369 (MTT) ) |
| **Captain DAVE WILLIAMS and Sheriff HAROLD LANCASTER,** | ) ) ) ) |
| **Defendants.** | ) ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 44). The Magistrate Judge recommends granting the Defendants' Motion for Summary Judgment, because, even viewed in the light most favorable to the Plaintiff, the facts are not sufficient to support the Plaintiff's claim of "illegal detention" and due process violation.[1] The Plaintiff objected to the Recommendation. (Doc. 45).

First, the Court must note that the Recommendation contains a typographical error. In the context of the Recommendation, the intent of the mistyped sentence is clear, and the Plaintiff clearly knew, even if he noted the error, that the Recommendation was adverse to him. However, the potential significance of the error warrants the Court's correction. The first sentence of the final paragraph on page four states "[t]he record shows, therefore, that it was not the case that Defendants complied

---

[1] Although the Magistrate Judge directed the Plaintiff to respond to the Defendants' Motion, he failed to do so. Thus, the Motion for Summary Judgment is unopposed.

with due process when they transferred Plaintiff to the BPDC." (Doc. 44 at 4). In accordance with the Recommendation's analysis that the Plaintiff was afforded due process, the sentence should have stated, "the record shows, therefore, that the Defendants complied with due process when they transferred the Plaintiff to the BPDC."

The Court has thoroughly reviewed the Recommendation and the Plaintiff's Objection. The Plaintiff has not shown that material facts exist with regard to his due process violation claim. Thus, the Recommendation is adopted and made an Order of this Court. Accordingly, the Defendants' Motion for Summary Judgment is GRANTED.

**SO ORDERED**, this 30th day of January, 2012.

                S/ Marc T. Treadwell
                MARC T. TREADWELL, JUDGE
                UNITED STATES DISTRICT COURT